# RULE 20

U.S. Department of Justice — Rule 20—Transfer Notice

| To: | District | Date |
|---|---|---|
| Rod J. Rosenstein<br>U.S. Attorney | Maryland | 7-6-2006 |

| Name of Subject | Statute Violated | File Date (Initials and Number) |
|---|---|---|
| Robert M. Cromwell | 18 USC 2252(a)(4)(B) | AW-06-303 |

## Part A—District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.
Docket No. 06-69 (RMC)

RULE 20
Category A
Plea to Information
Rule 20 from: USDC
District of MD.

☐ Other (Specify):

**FILED**
JUL 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ The above-named defendant entered a plea of guilty under Rule 20.
Date of Plea      Date of Sentence      Sentence

From (Signature and Title): Kenneth L. Wainstein, U.S. Attorney
Address: United States Attorney's Office, District of Columbia, 555 4th St., N.W., Washington, D.C. 20530

## Part B—District of Offense

☐ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at ___ on ___ at ___ o'clock.
(Kindly notify me of any anticipated delay.)

☐ Enclosed are two certified copies of indictment or information. Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other (Specify):

| Signature (Name and Title) | District | Date |
|---|---|---|
| Rod J. Rosenstein (U.S. Attorney) | Dist. of MD | 7/6/2006 |

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
Previous Editions are Obsolete

FORM OBD-19
TOTAL P.02