06-206

# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Southern Division Address

June 30, 2006

United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

**FILED**
JUL 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:    vs. Robert M. Cromwell
       Civil Action No.:
       Criminal Case No.: AW-06-0303

Dear Clerk:

[ ]   On June 29, 2006, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers.

[ ]   On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[XXX]   Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

Sincerely,

Felicia C. Cannon, Clerk

By: _____
    Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Letter transferring case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

| By: | ___ Complaint | X Information | ___ Indictment | Name of District Court, (City) Greenbelt, Maryland Southern Division |

**Offense Charged**

Possessing Material Constituting or Containing Child Pornography

___ Petty
___ Misdemeanor
X Felony

**Defendant - U.S. vs.**
♦ Robert M Cromwell

AW-06-0303

Address: 22811 Newton Neck Road, Leonardtown, MD 20650

Birth date: * 01/01/1959   Male/Female M   Alien (Y/N): N

**Place of offense**
St. Mary's County

**U.S.C. Citation**
28 U.S.C. 2252(a)(4)(B)

* (Optional unless a juvenile)

## Proceeding

**Name of Complainant Agency, Person (& Title, if any) & Phone#**
SA Ashton Koo, FBI, 301-572-5400

☐ Person is awaiting trial in another Federal or State Court, give name of court:

☐ This person/proceeding is transferred from another district per:
FRCrP 20 ☐  21 ☐  40 ☐  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Attorney  ☐ Defense   Show Docket #

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearances before U.S. Magistrate Judge regarding this defendant were recorded under ♦    Magistrate #

**Name & Office of Person furnishing information on this form**
Rod J. Rosenstein
U.S. Attorney

**Name of Asst. U.S. Att'y**  Donna C. Sanger
**Phone Number:** 301-344-4431

**Additional Information or comments:**
Maximum Penalty: 10yrs, 3 yrs sup rel, 250K fine
**Date of offense:** February 2005
**Length of Trial:** 2 days

**HIDTA CASE:** ___ Yes   X No

## Defendant

**IS NOT IN CUSTODY**
1) X Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summons was served on above charges. ♦ _____
2) ___ Is a fugitive
3) ___ Is on bail or release from (show District) _____

**IS IN CUSTODY**
4) ___ On this charge
5) ___ On another conviction   ___ Federal   ___ State
6) ___ Awaiting trial on other charges

If the answer to (6) is "Yes", show name of institution _____

Has detainer been filed? Y/N ☐   Date filed _____
Date of Federal arrest ♦ _____   OR
Date Transferred to Federal Custody ♦ _____

X Check if plea is expected.
☐ This report amends AO 257 previously submitted

**FOR USE OF THE CLERK'S OFFICE**

**OCDETF CASE:** ___ Yes   X No

CLOSED

# U.S. District Court
## District of Maryland (Greenbelt)
### CRIMINAL DOCKET FOR CASE #: 8:06-cr-00303-AW-ALL
Internal Use Only

| | |
|---|---|
| Case title: USA v. Cromwell | Date Filed: 06/29/2006 |

Assigned to: Judge Alexander Williams, Jr

**Defendant**

**Robert M. Cromwell** (1)
*TERMINATED: 06/29/2006*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2252(a)(4)(B) Possessing Material Constituting or Containing Child Pornography (1) | Rule 20 Transfer to the United States District Court for the District of Columbia |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Donna C Sanger**<br>Office of the US Attorney<br>6500 Cherrywood Ln Ste 400<br>Greenbelt, MD 20770-1249<br>13013444433<br>Email: donna.sanger@usdoj.gov |

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2006 | 1 | INFORMATION as to Robert M. Cromwell (1) count(s) 1. (lad3, Deputy Clerk) (Entered: 06/30/2006) |
| 06/29/2006 | 2 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to USDC for the District of Columbia Counts closed as to Robert M. Cromwell (1) Count 1. (lad3, Deputy Clerk) (Entered: 06/30/2006) |
| 06/29/2006 | | ***Case Terminated as to Robert M. Cromwell (lad3, Deputy Clerk) (Entered: 06/30/2006) |