U.S. Department of Justice
United States Attorneys

RULE 20

06-206

____FILED ____ENTERED
____LODGED ____RECEIVED

JUN 29 2006

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

# United States District Court

For the _____ District of __Maryland__

United States of America

v.

Robert M. Cromwell

RULE 20
Category A
Plea to Information
Rule 20 from: USDC
District of MD

Criminal No.

AW-06-0303

## CONSENT TO TRANSFER OF CASE
## FOR PLEA AND SENTENCE

(*Under Rule 20*)

FILED

JUL 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Robert M. Cromwell__, defendant, have been informed that a$^n$ __information__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the __Columbia__ District of _____ in which I __am under arrest__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __JUNE 20__, 19 2006 at _____

__Robert M. Cromwell__
(*Defendant*)

_____
(*Witness*)

__W. [signature]__
(*Counsel for Defendant*)

Approved

__Kenneth L. Wainstein / DM__
United States Attorney for the
_____ District of
Columbia

__Rod J. Rosenstein / res__
United States Attorney for the
_____ District of
Maryland

FORM USA-150
(Rev. March 1983)