```
Notice of Appeal Criminal                                    CO-290
                                                             Rev. 3/88
```

## United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 06-CR-206 (RMC) |
| ) | |
| ROBERT M. CROMWELL ) | |
| ) | |

**NOTICE OF APPEAL**

Name and address of appellant          United States of America

Name and address of appellant's attorney     Roy W. McLeese, III
                                             United States Attorney's Office
                                             555 4th Street, N.W.
                                             Room 8104
                                             Washington, D.C. 20530

Offense: 18 USC 2252(a)(4)(B)

Concise statement of judgment or order, giving date, and any sentence

> Judgment of conviction and sentence of 84 months' imprisonment, plus 10 years supervised release, to be served concurrently with sentence imposed in No. 06-CR-069 (RMC)

Name and institution where now confined, if not on bail: Unknown

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____          _____
DATE                                 APPELLANT


CJA, NO FEE _____            ATTORNEY FOR APPELLANT
PAID USDC FEE _____
PAID USCA FEE _____
Does counsel wish to appear on appeal?  Yes/No
Has counsel ordered transcripts?  Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes/No