# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-3188**                           **September Term, 2006**

06cr00069-01
06cr00206-01 *file*

Filed On:

United States of America,
    Appellant

v.

Robert M. Cromwell,
    Appellee

**FILED**
JUN 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED  JUN 1 3 2007
CLERK

Consolidated with 06-3189

## ORDER

Upon consideration of appellant's motion to dismiss appeals, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Nancy G. Dunn
Nancy G. Dunn
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: Sabrina Crisp